HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Petitioner
MADAI PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADAI PEREZ,<br><br>              Petitioner,<br><br>vs.<br><br>WARDEN OF THE GOLDEN STATE ANNEX, et al,<br><br>              Respondents. | Case No. 1:26-cv-01786-TLN-CSK<br><br>STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Anthony Andrews, counsel for Respondents, and Assistant Federal Defender Reed Grantham, counsel for Madai Perez, that the briefing schedule previously set by the Court on March 13, 2026, be modified as set forth below.

On March 13, 2026, this Court granted a temporary restraining order in this matter. *See* Dkt. #8. The Court also ordered Respondents to show cause why the Court should not grant the petition filed in this matter and ordered Respondents to file a response by March 20, 2026. *See* Dkt. #8. The Court also indicated that Petitioner may file a reply to any response to Respondents' filing by March 26, 2026. *See* Dkt. #8. On March 20, 2026, Respondents filed a response. *See* Dkt. #14.

Undersigned counsel for Mr. Perez was appointed in this matter on March 17, 2026. *See* Dkt. #10. Undersigned counsel has reviewed the pro se petition and Respondents' response,

however, undersigned counsel requires additional time and opportunity to investigate, research, and look into the issues in this matter. Additionally, undersigned counsel for Mr. Perez has previously scheduled leave during a portion of the time provided to file a reply. Accordingly, the parties are in agreement that Petitioner's reply, if any, may be filed by Friday, April 3, 2026.

This proposed date for a reply is mutually agreeable for the parties and this request is made with the intention of conserving time and resources for both the parties and the Court.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 24, 2026             /s/ Reed Grantham
                                 REED GRANTHAM
                                 Assistant Federal Defender
                                 Attorney for Petitioner
                                 MADAI PEREZ


                                 ERIC GRANT
                                 United States Attorney


Date: March 24, 2026             /s/ Anthony Andrews
                                 ANTHONY ANDREWS
                                 Assistant United States Attorney
                                 Attorney for Respondents


# **O R D E R**

**IT IS SO ORDERED.** Any Petitioner reply may be filed on or by Friday, April 3, 2026.


Date: March 24, 2026
                                 _____
                                 Troy L. Nunley
                                 Chief United States District Judge

Perez – Stipulation to Modify Briefing Schedule                  -2-